UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al,

                      Plaintiffs,

-against-                           Docket No.: 1:25-cv-02142-LKE

TREE OF LIFE RX INC., SIMHO ARONOV, EBA
DRUG CORP. D/B/A FINE CARE PHARMACY, OLGA
ALKADA A/K/A OLGA BALLAS, NICOLA HOUSLIN
NP, AND JOHN DOE NOS. "1" THROUGH "10",

                      Defendants.
------------------------------------------X

## CERTIFICATE OF DEFAULT REGARDING NICOLA HOUSLIN NP

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, Nicola Houslin NP, has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant, Nicola Houslin NP is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:      Brooklyn, New York
             May     , 2025

                                                  BRENNA B. MAHONEY
                                                   Clerk of the Court

                                                   By:_____
                                                         Deputy Clerk