AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
).ss.:
COUNTY OF NASSAU )

I, AMAR SINGH, being duly sworn depose and say: that deponent is not a party to the action, is over 18 years of age and resides within the County of Nassau in the State of New York,

That on May 19, 2025, deponent served the within **Request for Certificate of Default, Affidavit in Support of Request and Exhibit A Certificate of Manpower as to Defendant Nicola Houslin NP** by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an office depository under the exclusive care and custody of United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

Nicola Houslin NP
801 Bradley Street
West Hempstead, NY 11552

_____
AMAR SINGH

SWORN TO BEFORE ME ON
On the 19th day of May, 2025

_____
NOTARY PUBLIC

JOHN RYAN HOTALING
Notary Public, State of New York
No. 01HO0028007
Qualified in Nassau County
Commission Expires 08-16-2028

RR File No. 5100-4301
Docket No. 1:25-cv-02142-LKE